UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                              Case No. 20-41713-TJT

KENNETH MADDOX,                    Chapter 13

           Debtor(s).                         Honorable Thomas J. Tucker
_____/

## **NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS**

Debtor(s) failed to file an income tax return for tax period(s) 2015, 2016, 2017 and 2018 as required by 11 USC 1308 and/or MCL 206.1 et seq.

Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case. Debtor(s) is/are required to submit the following documents with the return(s):

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
SCFRA & Collections Division
Cadillac Place, Suite 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

## II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: March 17, 2020